UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA RIVERKEEPER,

        Plaintiff,

        v.

CHINOOK VENTURES, INC.,

        Defendant.

CASE NO. C09-5707 BHS

ORDER RE: SETTLEMENT CONFERENCE-June 1, 2010

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference on **June 1, 2010**, commencing at **9:00 a.m.** in Courtroom D.

The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than May 27, 2010 at 4:30 p.m. The settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo. The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions. These materials may be emailed to Sandy_claggett@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402.

ORDER - 1

1   Parties are instructed to bring a person with authority to settle the case on the date of the
2   scheduled settlement conference.
3   Dated this 6th day of May, 2010.

*(signature)*

J. Richard Creatura
United States Magistrate Judge