HONORABLE JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| COLUMBIA RIVERKEEPER, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHINOOK VENTURES, INC., DBA CHINOOK VENTURES LV, a Nevada corporation<br><br>Defendant. | Case No. 3:09-cv-05707-BHS<br><br>JOINT STATUS REPORT AND DISCOVERY SCHEDULE<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1311 and 1342) |

In response to the Court's Minute Order of June 10, 2010 [Dkt#21], the parties submit the following:

**1.     Nature of the Case**.  This is a Clean Water Act citizen suit case filed under 33 U.S.C. § 1365.  Plaintiff alleges that Defendant has violated various provisions of the Clean Water Act at Defendant's facility located in Longview, Washington on the Columbia River.  Defendant denies Plaintiff's allegations.  Plaintiff is seeking declaratory and injunctive relief and the imposition of civil penalties on Defendant.  Plaintiff also seeks to recover attorney fees and costs for the litigation.  Defendant denies that Plaintiff is entitled to any relief in this

JOINT STATUS REPORT AND DISCOVERY SCHEDULE: Case No. 3:09-cv-05707-BHS - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121702/174203/LLM/5742677.1

matter.

**2. FRCP 26(f) Conference**. The parties held the FRCP 26(f) conference by phone and email with several communications between February 15 and February 24, 2010.

**3. Joinder**. The parties propose October 31, 2010 as the deadline for joining additional parties.

**4. ADR Statement**. The parties are presently working in good faith, without the help of a third party neutral, to resolve this case. Both parties are optimistic at this point. If settlement should fail, the parties agree this case is appropriate for alternative dispute resolution and would like to pursue a Judicial Settlement Conference as previously approved by this Court on April 21, 2010. The parties will endeavor to attend a judicial settlement conference prior to the end of December 2010. The parties agree that arbitration is not appropriate for this case.

**5. Mediation Schedule**. The will attempt to schedule a mediation immediately if settlement discussions break down and will attend a Judicial Settlement Conference no later than early December 2010.

**6. Discovery Plan**

    **a. FRCP 26(f) Conference & Initial Disclosures**. The FRCP 26(f) conference took place between February 15 and February 24, 2010. The parties submitted initial disclosures on March 10, 2010.

    **b. Discovery Subjects**. Plaintiff indicates it will seek discovery of information and facts relating to Defendant's past, present and future discharges of any pollutants into waters of the United States as those terms are defined by the Clean Water Act. Defendant will seek discovery of facts related to Plaintiff's standing to sue in this case. The parties agree discovery need not be conducted in phases, but note that expert discovery, if necessary, will likely take place after fact discovery

JOINT STATUS REPORT AND DISCOVERY
SCHEDULE: Case No. 3:09-cv-05707-BHS - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/121702/174203/LLM/5742677.1

is complete.

c. **Limitations**.  Defendant requests that a protective order be issued for discovery of facts related to its business practices that are commercially sensitive.  Plaintiff and Defendant will present the Court with a stipulated proposed protective order to address this issue.

d. **Management to Minimize Expenses**.  The parties agree that mediation or a Judicial Settlement Conference should take place before expert discovery takes place.  This is expected to minimize expense by reducing fees associated with expert discovery.  The parties may also agree to informally share documents.

e. **Other Orders**.  Other than as presented above, the Parties are not requesting any additional orders at this time.

**7.     Completion of Discovery**.  The parties anticipate discovery can be completed by November 30, 2010.

**8.     Magistrate Judge.**  Defendant does not agree to the assignment of this case to a magistrate judge.

**9.     Bifurcation**.  The parties anticipate that at least some of the issues in this case can be resolved in motions for summary judgment.  To the extent liability issues cannot be resolved on summary judgment, the parties do not object to bifurcating liability issues and trying them prior to damage issues.

**10.    Pretrial Statements and Pretrial Order**.  Defendants believe that pretrial statements and a pretrial order are not necessary in this case and requests that they be dispensed in the interest of judicial economy.  Plaintiff believes that a pretrial statement, pretrial conference and pretrial order will be necessary, however Plaintiff is willing to revisit this conclusion as the case progresses and would only seek these activities if they would promote judicial efficiency.

JOINT STATUS REPORT AND DISCOVERY
SCHEDULE: Case No. 3:09-cv-05707-BHS - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121702/174203/LLM/5742677.1

**11.** The parties do not have other suggestions for shortening or simplifying this case.

**12.** **Trial Date**. The parties expect this case can be ready for trial June 2011.

**13.** **Jury/Non-Jury**. This is a non-jury case.

**14.** **Trial Days.** The parties anticipate they will need four days for trial.

**15.** **Unavailability of Counsel**. Trial counsel do not anticipate complications that should be considered in setting a trial date.

**16.** **Vancouver Federal Building.** The parties request that this case be considered for trail at the Federal Building in Vancouver, Washington, based on the location of the activities that are the subject of this case as well as the location of many potential witnesses in the case.

**17.** All defendants have been served.

**18.** **Litigation Schedule.** The parties have agreed on the following litigation schedule, should settlement fail:

| | |
|---|---|
| Opening of Fact Discovery: | February 20, 2010 |
| Site Visit by Plaintiff & Plaintiff's Expert if Defendant sells facility[1]: | October 2010 |
| Site Visit by Plaintiff and Plaintiff's Expert if Defendant does not sell facility: | November 2010 |
| Last day to Join Add'l Parties | October 31, 2010 |
| Completion of Fact Discovery: | November 30, 2010 |
| Judicial Settlement Conference: | Early December 2010 |

---

[1] Defendant is negotiating with a potential buyer for the facility and the closing date is currently set for late October.

JOINT STATUS REPORT AND DISCOVERY
SCHEDULE: Case No. 3:09-cv-05707-BHS - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121702/174203/LLM/5742677.1

| | | |
|---|---|---|
| 1 | Disclosure of Experts and Reports: | December 15, 2010 |
| 2 | Last Day for Rebuttal Expert disclosure: | January 15, 2011 |
| 3 | Close of Expert Discovery: | February 15, 2011 |
| 4 | Deadline for Dispositive Motions | March 15, 2011 |
| 5 | Trial (3 days) | June 2011 |

Dated this 27th day of September, 2010.

                Respectfully submitted:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  /s/ Laura Maffei_____
       Laura Maffei, R.G., WSBA #34619
       Brien J. Flanagan, WSBA #38467
       Attorneys for Defendant
       Chinook Ventures, Inc.

FIELD JERGER LLP

By:  /s/ R. Scott Jerger_____
       R. Scott Jerger (*pro hac vice*, OSB #02337; WSBA#42812)

       Attorneys for Plaintiff
       Columbia Riverkeeper

SCOPE LAW FIRM

By:  /s/ Richard Poulin_____
       Richard Poulin, WSBA #27782
       Attorneys for Plaintiff
       Columbia Riverkeeper

JOINT STATUS REPORT AND DISCOVERY SCHEDULE: Case No. 3:09-cv-05707-BHS - 5

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121702/174203/LLM/5742677.1